**Rosa Herlinda RUIZ–MENENDEZ, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–70747

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 1, 2016

Rosana Cheung, Law Office of Rosana Kit Wai Cheung, Los Angeles, CA, for Petitioner.

Aric Allan Anderson, Trial Attorney, OIL, Washington, DC, Chief Counsel ICE, San Francisco, CA, for Respondent.

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Rosa Herlinda Ruiz–Menendez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Ruiz–Menendez's motion to reconsider because she failed to identify any error of fact or law in the BIA's prior order. *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.